UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Russ Bellant, et al<br><br>　　　　　　Plaintiffs<br>v.<br><br>Richard D. Snyder, et al.<br><br>　　　　　　Defendants | No. 2:13-cv-11370<br><br>HON. GEORGE CARAM STEEH<br>MAG. R. STEVEN WHALEN |
|---|---|

### INDEX OF EXHIBITS TO:

### PLAINTIFFS' RESPONSE TO DEFENDANT SNYDER AND CLINTON'S MOTION TO STAY PROCEEDINGS

Ex.   1   Dkt. 1536, *In Re City of Detroit,* Case No. 13-53846; **Opinion and Order Denying NAACP's Motion for Relief from Stay and Granting Phillips Motion for Relief from Stay.**

Ex.   2   Dkt. 2256, *In Re City of Detroit,* Case No. 13-53846; **Order Denying Motion for Reconsideration.**

Ex.   3   Dkt. 2594, *In Re City of Detroit,* Case No. 13-53846; **Order Denying Motion to Stay Pending Appeal.**

Ex.   4   Dkt. 19, *Snyder and Clinton v. Phillips, et al.*, Case No. 14-10630; **Order Staying the Case.**

Ex.   5   Dkt. 18, *Detroit v. Phillips, et al.*, Case No. 14-10637; **Order Denying Appellant's Motion for Reconsideration.**