UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE PHILLIPS, et al.,

        Plaintiffs,

v.

        Case No. 2:13-CV-11370

        HON. GEORGE CARAM STEEH

RICHARD D. SNYDER et al.,

        Defendants.
_____/

ORDER DENYING MOTION FOR RECONSIDERATION [DOC. 50]

This matter has come before the court on plaintiffs' motion for reconsideration of this court's November 19, 2014 opinion and order granting in part and denying in part defendants' motion to dismiss [Doc. 41]. For the reasons stated below, plaintiffs' motion for reconsideration is DENIED.

Local Rule 7.1(h)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

The court finds that plaintiffs' motion simply reiterates earlier arguments which have been thoroughly considered and addressed. Now, therefore,

-1-

IT IS HEREBY ORDERED that plaintiffs' motion for reconsideration is DENIED.

It is so ordered.

Dated: December 15, 2014

                                         s/George Caram Steeh
                                         GEORGE CARAM STEEH
                                         UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE
Copies of this Order were served upon attorneys of record on
December 15, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---