*Russ Bellant, et al. v. Richard Snyder, et al.*
USDC-ED No: 2:13-cv-11370
Honorable George Caram Steeh
Magistrate Judge R. Steven Whalen

# Index of Exhibits

Exhibit 1 ............................................................................. Model Discovery Order
Exhibit 2 ....................................................... Plaintiffs' Second Request to Produce
Exhibit 3 ......................................... Defense Counsel Letter Dated August 13, 2015
Exhibit 4 ............................... Plaintiffs' Counsel's Letter Dated September 3, 2015
Exhibit 5 ................................................................... Affidavit of Suzanne Schafer
Exhibit 6 ..................................................................... *United States v. AT&T Inc.*
Exhibit 7 ........................................................ *Eisai Inc. v. Sanofi-Aventis U.S., LLC*
Exhibit 8 ........................................................................ Affidavit of Taffi Schurz
Exhibit 9 ........................................................................ *Stryker Corp. v. Ridgeway*